```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   22 Cr. 431-2 (LJL)
     -against-                      :   ORDER
                                    :
Jerinson Rosario,                   :
     a/k/a "Jerdae Ros,"            :
                                    :
          Defendant                 :
                                    :
------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as directed by Pretrial Services.

    Dated: New York, New York
          July 21, 2023

                                      SO ORDERED:

                                      _____
                                      LEWIS J. LIMAN
                                      United States District Judge